RECEIVED
IN LAKE CHARLES, LA

AUG 26 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ODIS MILLS<br>FED. REG. # 35688-180 | CIVIL ACTION NO. 2:11-cv-618 |
| VS. | SECTION P |
| | JUDGE PATRICIA MINALDI |
| J.P. YOUNG | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition for writ of *habeas corpus* **IS DENIED AND DISMISSED WITH PREJUDICE** as the petitioner has failed to state a claim and is otherwise not entitled to relief.

Lake Charles, Louisiana, this 26 day of August, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE